UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: KIMBERLY ANN ZIZZA,<br><br>        Debtor.<br>*************************************<br>KIMBERLY ANN ZIZZA,<br><br>        Appellant,<br>v.<br><br>WILLIAM K. HARRINGON,<br>UNITED STATES TRUSTEE FOR<br>REGION 1,<br><br>        Appellee. | Civil Action No. 16-cv-40102-IT |

## ORDER

September 16, 2016

TALWANI, D.J.

No later than September 22, 2016, Appellant shall respond to paragraphs 23-27 of Appellee's Motion to Strike Appellant's Opening Brief [#9]. Additionally, Appellant shall show cause why the court should not grant the following relief: (1) striking Appellant's Brief and Appendix; (2) setting a deadline by which Appellant must file a corrected brief and appendix; and (3) issuing a scheduling order, consistent with Fed. R. Bankr. P. 8018(a)(2), that sets the deadline for filing Appellee's Brief 30 days from the date on which Appellant files any corrected brief and appendix.

The Scheduling Order [#6] is STAYED pending further order of the court.

IT IS SO ORDERED.

                                                                  /s/ Indira Talwani
                                                                  United States District Judge